RONALD WAYNE JACKSON,JR.

Alfred Hughes Unit

Rt.2 Box 4400

Gatesville,TX.76597

TENTH COURT OF APPEALS
501 Washington Ave,Rm 415
Waco,TX.76701

August 5,2016

RE: RONALD WAYNE JACKSON,JR. v. THE STATE OF TEXAS
    TRIAL COURT No. 2011-1626-C2
    COA No. 10-12-00285-CR

RECEIVED

AUG 0 8 2016

COURT OF APPEALS
WACO, TEXAS

Dear, Clerk:

This letter is being written to request for the following information; that I be given a copy of the docket sheet in the above-entitled and numbered cause please? My information is as follows. Thank you for your time in advance to this matter.

                                      Ronald Wayne Jackson,JR.
                                      Hughes Unit
                                      Rt.2 Box 4400
                                      Gatesville,TX.76597
                                      United States

                                      /s/  Ronald Wayne Jackson,JR

Ronald Wayne Jackson, Jr.#1828320
Hughes Unit
Rt.2 Box 4400
Gatesville,TX.76597
United States

Legal Mail

RIO GRANDE DISTRICT
25 AUG 2016 PM 3 L

RECEIVED
AUG 0 8 2016
COURT OF APPEALS
WACO, TEXAS

TENTH COURT OF APPEALS
McLennan County Courthouse
501 Washington Ave,Rm 415
Waco,Texas.76701

76701-137315